AUSA: Davin Reust Telephone: (313) 226-0206

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Miguel A. Colon Telephone: 202-693-6999

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Derrick Thompson Sr.

Case: 2:26−mj−30625
Assigned To : Unassigned
Assign. Date : 10/5/2026
Description: SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2020 - February 2023 in the county of Wayne and Elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Miguel A. Colon, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 5, 2026

City and state: Detroit, Michigan

Anthony P. Patti - Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Miguel A. Colon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the U.S. Department of Labor, Office of Inspector General, Office of Investigations - Labor Racketeering and Fraud ("DOL-OIG/OI-LRF") and have been since December 2017. I am currently assigned to the Federal Bureau of Investigation ("FBI") Violent Gang Task Force ("VGTF") and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Violent Crimes and Gangs group where I participate in investigations of street gangs committing various violations of federal law, including weapons and narcotics trafficking, violent crimes, and fraud.

2. Prior to my current assignment, I was assigned to the Homeland Security Investigations' Document and Benefit Fraud Task Force, where I investigated criminal activity including, but not limited to, identity theft, money laundering, visa fraud and other financial fraud. I have conducted numerous investigations involving identity theft, labor, financial and unemployment insurance fraud schemes. In addition to my experience, I have also received significant law enforcement training, including graduating from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center.

3. During my employment with DOL-OIG, I have participated in numerous criminal investigations focused on organized crime groups. I have investigated violations of Title 18, United States Code, Section 1962 (Racketeering Influenced Corrupt Organizations Act) with successful adjudications. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become not only familiar with firearms, narcotics and financial fraud violations, but also with methods used by violent offenders and organized crime groups to collect, launder, hide, disguise or conceal related proceeds.

4. Probable cause exists that Derrick Thompson (DOB: XX-XX-1980) has engaged in an unemployment insurance fraud scheme and has committed bank fraud (18 U.S.C. § 1344) and aggravated identity theft (18 U.S.C. § 1028A). His scheme involves the filing of fraudulent UI claims through the internet, with some of those claims using misappropriated personal identifying information ("PII") of real persons, and the withdrawal of fraudulently obtained UI funds at ATMs in the Eastern District of Michigan, often using UI debit cards that were sent through the mail.

5. I make this affidavit based upon personal involvement in the subject criminal investigation, including review of: financial, employment, internet service provider, utility and property records; records from relevant state agencies regarding

UI claims; law enforcement surveillances; and information and evidence from search warrants in this investigation. I have also been provided with information from other law enforcement agents and officials, including agents and officials from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and various State Workforce Agencies, to include the Michigan Unemployment Insurance Agency. This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## UNEMPLOYMENT INSURANCE BACKGROUND

6. The Social Security Act of 1935 initiated the federal and state Unemployment Insurance system. The system provides benefits to individuals who are unemployed for reasons beyond their control. The purpose of the Unemployment Insurance system is twofold: first, to lessen the effects of unemployment through cash payments made directly to laid-off workers, and second, to ensure that life necessities are met on a weekly basis while the worker seeks employment. The U.S. Department of Labor funds many Unemployment Insurance Agency administrative costs, including salaries, office expenses, and computer equipment. The various state unemployment insurance agencies responsible for administering the UI programs are commonly referred to as State Workforce Agencies ("SWA").

7. State unemployment systems and benefits are joint state and federal enterprises largely financed by taxes on private employers located in that state. In 2020 and 2021, the federal government provided significant supplemental benefits to the states as a result of the COVID-19 pandemic. Beginning in or about March 2020 and continuing through September 4, 2021, the Families First Coronavirus Response Act; Coronavirus Aid, Relief, and Economic Security Act; and the American Rescue Plan Act of 2021 created federal programs that allowed for the significant outlay of federal funds flowing to and through the states to offset the historic need for unemployment benefits by the American workforce. Collectively, these benefits are often referred to as Pandemic Unemployment Assistance ("PUA").

8. Normally (in the absence of fraud), an unemployed worker initiates an Unemployment Insurance claim. This can be accomplished by submitting a claim in person, over the telephone, or via the Internet. Currently, most Unemployment Insurance claims are filed online via the Internet through the states' UI portal. When a claimant using an internet protocol ("IP") address registered in Michigan files a claim with an out-of-state UI agency, the servers used to process those claims are located outside the state of Michigan. For example, an Arizona or California UI claim filed from an IP address registered to a Michigan residence will be processed through a server located outside of the state of Michigan.

9. To be eligible for Unemployment Insurance benefits, the worker must demonstrate a certain level of earnings in several quarters immediately preceding the application. The amount of benefits that an Unemployment Insurance claimant might be eligible for depends on a variety of factors, including but not limited to the length of his or her previous employment and the amount of wages he or she earned.

10. The State Workforce Agency will either approve or reject an Unemployment Insurance claim based on the application made by the unemployed worker. If the respective SWA approves an Unemployment Insurance claim, the claimant is required to re-certify the claim via telephone or Internet at various times during the life of the claim. The worker must also certify that he or she is still unemployed and actively seeking work.

11. One way in which unemployment benefits are provided to a claimant is with a UI debit card, issued by the financial institution contracted by the respective state, which is mailed to the claimant through the U.S. Postal Service.

12. Alternatively, a claimant can provide the state Unemployment Insurance Agency with bank routing and account numbers to facilitate the electronic funds transfers ("EFTs") of the UI benefits directly into the claimant's bank account.

**PROBABLE CAUSE**

13. The DOL-OIG and the ATF are investigating Derrick THOMPSON. During the investigation, I determined that an address associated with THOMPSON,

XXX81 Rosemary St., Detroit, MI, was listed as the mailing address on at least 20 suspected fraudulent UI claims between April 21, 2020 and June 25, 2021 in the states of Arizona, California, Florida, Michigan, Montana, and Pennsylvania.

14. I also identified an IP address, 68.43.121.68 (hereinafter "IP 68") which was associated with 12 of the 20 UI claims which listed the XXX81 Rosemary St., Detroit, MI, as the claimant address. An open source database search of IP 68 revealed that it is registered to Comcast Communications. In addition, the geolocation data revealed that it is associated with the Detroit area. In my training and experience in other fraud investigations, IP 68 is likely a unique IP address for a specific Comcast Cable Internet customer residence. A follow-on DOL-OIG query of IP 68 revealed that it was responsible for submitting approximately 48 UI claims in 43 unique individuals' names and Social Security Numbers ("SSNs") in Arizona, California, Michigan, Pennsylvania, Montana, Maine, Kansas, Tennessee, New York and the Territory of Guam. I know from my training and my experience in other UI fraud investigations that a large volume of claims from a single IP address with numerous unique individuals' names and SSNs is indicative of fraudulent UI claims. Based on my experience in other UI fraud investigations, the number of UI claims and the number of unique individuals' names and SSNs listed in those claims, all associated with this single IP address, IP 68, constitutes a large volume of claims and unique individuals' names and SSNs, which provides reason to believe the IP

address was used to submit, access and/or modify fraudulent UI claims. To date, approximately $398,524 in UI benefits has been disbursed on claims connected to IP 68 and XXX81 Rosemary St., Detroit, MI.

15. Based on my training and experience, I know that the filing of UI claims with repeated use of email addresses, identities, bank accounts and associated with a single IP and/or residential address are strong indicators of unemployment insurance fraud.

Derrick THOMPSON's Connection to XXX81 Rosemary St.

16. On September 28, 2026, I reviewed Detroit public property records which stated Derrick THOMPSON is the listed owner of XXX81 Rosemary St., Detroit, MI and has been so since 2019.

Unemployment Insurance Claims Linked to THOMPSON

17. On April 21, 2020, a Michigan UI claim was filed in the name Derrick THOMPSON, using IP 68. The address listed by the claimant was XXX81 Rosemary St., Detroit, MI. The phone number listed on the claim was 313-XXX-2603. The account listed by the claimant for the disbursement of UI benefits was Bancorp Bank account ending in 9456.

18. Records provided by Bancorp Bank revealed that the accountholder for account ending in 9456 was Derrick THOMPSON. The address listed on the account was XXX81 Rosemary St., Detroit, MI. The phone number listed on

THOMPSON's account was 313-XXX-2603, the same number listed on THOMPSON's personal Michigan UI claim.

19. On May 10, 2020, a second Michigan UI claim was filed in the name and DOB of Derrick THOMPSON, using IP 68, but using the SSN of another individual. The phone number listed on the claim was 313-XXX-2603. The account listed by the claimant for the disbursement of UI benefits was Bancorp Bank account ending in 9456, registered in THOMPSON's name.

20. On July 27, 2020, a Pennsylvania UI claim was filed in the name, DOB and SSN of Derrick THOMPSON, using IP 68. The address listed on the account was XXX81 Rosemary St., Detroit, MI.

21. On September 11, 2020, a California UI claim was filed in the name, DOB and SSN of Derrick THOMPSON, using IP 68.

22. On November 24, 2020, a Montana UI claim was filed in the name, DOB and SSN of Derrick THOMPSON, using IP 68. The phone number listed on the claim was 313-XXX-2603. The address listed on the account was XXX81 Rosemary St., Detroit, MI. The account listed by the claimant for the disbursement of UI benefits was Bancorp Bank account ending in 9456, registered in THOMPSON's name.

23. On December 24, 2020, a Florida UI claim was filed in the name, DOB and SSN of Derrick THOMPSON, using IP 68. The address listed on the account

was XXX81 Rosemary St., Detroit, MI. The account listed by the claimant for the disbursement of UI benefits was Bancorp Bank account ending in 9456, registered in THOMPSON's name.

UI Claim in D.P.'s Name

24. On August 11, 2020, a California UI claim was filed in the name of D.P., whose full identity is known to agents but withheld for privacy, using IP 68. The address listed on the account was XXX81 Rosemary St., Detroit, MI.

25. Between August 17, 2020 and November 23, 2020, $21,000 was deposited into a Bank of America debit account in D.P.'s name. On or around September 10, 2020, a BOA UI debit card ending in 7947 in D.P.'s name was mailed, via USPS, to XXX81 Rosemary St., Detroit, MI.

26. BOA provided agents with ATM surveillance footage of withdrawals made from the UI debit account set up D.P.'s name on November 24, 2020, in the Eastern District of Michigan. Based on my review of the ATM surveillance footage, I have concluded that the individual in the ATM surveillance footage is THOMPSON. The image below shows THOMPSON making the withdrawal on November 24, 2020, and the adjacent photograph is a booking photo of THOMPSON used for comparison purposes.

 

<u>UI Claim in H.H.'s Name</u>

27. On August 13, 2020, a California UI claim was filed in the name of H.H., whose full identity is known to agents but withheld for privacy, using IP 68.

28. On August 17, 2020, $15,788 was deposited into a Bank of America debit account in H.H.'s name. On or around July 11, 2021, a BOA UI debit card ending in 1799 in H.H.'s name was mailed, via USPS, to an address in Warren, MI.

29. On September 28, 2026, I interviewed H.H., who stated s/he was a victim of identity theft. H.H. stated s/he did not file a UI claim in California, had not received any UI benefits, and did not give permission to anyone to file a UI claim on his/her behalf.

30. BOA provided agents with ATM surveillance footage of withdrawals made from the UI debit account set up H.H.'s name on July 14, 2021, in the Eastern District of Michigan. Based on my review of the ATM surveillance footage, I have

concluded that the individual in the ATM surveillance footage is THOMPSON. The image below shows THOMPSON making the withdrawal on July 14, 2021.



31. Probable cause exists that THOMPSON committed bank fraud in connection with the fraudulent UI claim filed in H.H.'s name to withdraw fraudulently obtained UI funds at an ATM in the Eastern District of Michigan. Bank of America is a financial institution as defined in Title 18, United States Code, Section 20. The California Employment Development Department is a customer of the bank through which they fund the debit cards with unemployment benefits.

UI Claim in K.T.'s Name

32. On June 25, 2021, a California UI claim was filed in the name of K.T., whose full identity is known to agents but withheld for privacy. The address listed on the account was XXX81 Rosemary St., Detroit, MI.

33. On July 7, 2021, $20,100 was deposited into a Bank of America debit account in K.T.'s name. On or around July 6, 2021, a BOA UI debit card ending in 0296 in K.T.'s name was mailed, via USPS, to XXX81 Rosemary St., Detroit, MI.

34. BOA provided agents with ATM surveillance footage of withdrawals made from the UI debit account set up K.T.'s name on July 18, 2021, in the Eastern District of Michigan. Based on my review of the ATM surveillance footage, I have concluded that the individual in the ATM surveillance footage is THOMPSON. The image below shows THOMPSON making the withdrawal on July 18, 2021.



35. Probable cause exists that THOMPSON committed bank fraud in connection with the fraudulent UI claim filed in K.T.'s name to withdraw fraudulently obtained funds at an ATM in the Eastern District of Michigan. Bank of America is a financial institution as defined in Title 18, United States Code, Section 20.

PNC Fraud

36. Records provided by PNC Bank revealed that on February 22, 2023, a PNC personal savings account ending in 7671 was opened online in the name of Derrick THOMPSON and T.B., whose full name is known to agents but withheld for privacy. Records showed THOMPSON and T.B. were authorized signors on the account. The address listed on the account ending in 7671 was XXX81 Rosemary St., Detroit, MI. The phone number on the account was 313-XXX-2603.

37. On February 23, 2023, a fraudulent Citibank check in the amount of $30,000 made payable to T.B. was deposited into the account ending in 7671. Records provided by PNC Bank revealed Citibank issued a "Uniform Indemnification Agreement" requesting PNC Bank to block access to the funds in order to have the fraudulently obtained funds returned to Citibank Bank custody.

38. On March 6, 2023, a fraudulent Citibank check in the amount of $15,795 made payable to T.B. was deposited into the account ending in 7671.

39. On March 6, 2023, a Citizens Bank check in the amount of $17,822 made payable to T.B. was deposited into the account ending in 7671. Records provided by PNC Bank revealed Citizens Bank issued a "Uniform Indemnification Agreement" requesting PNC Bank to block access to the funds in order to have the fraudulently obtained funds returned to Citizens Bank custody.

40. On March 8, 2023, PNC Bank was notified by T.B.'s daughter, that she had a received a letter from PNC stating an account had been opened in her father's name, T.B., after the date of his death on February 6, 2023. According to PNC records, THOMPSON visited a PNC branch in person on March 8, 2026, to verify the account and provided a Power of Attorney for T.B. naming THOMPSON as his "alternate agent," and stated T.B. was unable to come in to the PNC branch in person because he was too ill.

41. Records provided by PNC revealed they obtained a copy of a death certificate for T.B. stating he passed away on or after February 3, 2023. A review of a Detroit News obituary also referenced the death of T.B. on February 6, 2023, 16 days prior to the opening of the joint account with THOMPSON on February 22, 2023.

42. Probable cause exists that THOMPSON committed bank fraud and aggravated identity theft in connection with the opening of PNC Bank account in 7671 in the name of THOMPSON and T.B. in order to obtain fraudulently obtained

funds under the custody and control of PNC Bank. PNC Bank is a financial institution as defined in Title 18, United States Code, Section 20.

## CONCLUSION

43. Based on the forgoing, there is probable cause to believe that Derrick THOMPSON has committed bank fraud (18 U.S.C. § 1344) and aggravated identity theft (18 U.S.C. § 1028A) in connection with a scheme to defraud and to obtain money funds, credits, assets, securities, ad other property owned by, and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises.

Respectfully submitted,

Miguel A. Colon
Special Agent
U.S. Department of Labor
Office of Inspector General

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 5, 2026

Anthony P. Patti
United States Magistrate Judge